UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH E. SCHULZE,

       Plaintiff,

                                            Case No. 1:09-cv-724

v.

                                            HONORABLE PAUL L. MALONEY

TOWNSHIP OF CLAYBANKS, et al.,

       Defendants.

_____/

## **JUDGMENT**

Having issued an opinion and order granting defendants' motion for summary judgment (Dkt. #11), pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of defendants and against plaintiff.


Date:   November 30, 2009                        /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          Chief United States District Judge